[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14908
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00099-RWS-ECS-1


UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,


versus


KEVIN JERARD CONARD,
a.k.a. Jabril Battle,
a.k.a. Kevin G Conrad,
a.k.a. Neal Joppson,
a.k.a. Gebrael Den Atun El,
a.k.a. G.D. Atun,

                                                        Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(June 21, 2013)

Before CARNES, BARKETT and BLACK, Circuit Judges.

PER CURIAM:

Robert Alan Glickman, appointed counsel for Kevin Jerard Conard, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Conard's conviction and sentence are **AFFIRMED**.